TERMS HELD IN 1867-'8. 165

Hartridge & Co. and Baker & Co. vs. Knight & Frazier—Opinion of Court.

BRYAN, HARTRIDGE & Co., APPELLANTS, VS. KNIGHT & FRA-
ZIER, APPELLEES; C. R. BAKER & Co., APPELLANTS, VS.
KNIGHT & FRAZIER, APPELLEES.

BAKER, J., delivered the opinion of the Court.

These cases were commenced by attachment in Columbia
County, Suwannee Circuit. On motion before the Hon. T.
T. Long, Judge of that circuit, the attachments were dis-
solved and the cases dismissed. The exceptions taken and
errors assigned were the same as in the case of E. Simpson
& Co. vs. Knight & Frazier, decided by this Court at its
present term.

In disposing of these cases it is only necessary to refer to
the opinion of the court in that case, where all the points
raised by the assignment of errors in these cases has been
fully discussed and decided.

It is therefore ordered that the judgment of the Circuit
Court dissolving the attachments and dismissing the above
stated cases be reversed and the cases remanded to the Cir-
cuit Court for further proceedings.